UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RUBEN BARCENA,               ) | Case No. CV 16-3400-CAS(AJW) |
|            Petitioner,        ) | |
|       v.                      ) | JUDGMENT |
| JOEL MARTINEZ, ACTING WARDEN, ) | |
|            Respondent.        ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: January 24, 2017

_____
Christina A. Snyder
United States District Judge